FILED
CLERK, U.S. DISTRICT COURT

February 28, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SERENA R. MURILLO | ORDER OF THE CHIEF JUDGE<br><br>25-061 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Serena R. Murillo,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Sherilyn Peace Garnett to the calendar of Judge Serena R. Murillo:

| | |
|---|---|
| 2:23-cv-05887-SPG-SSCx | United States of America et al v. Jeff Tennyson, et al. |
| 2:24-cv-02182-SPG-DFMx | Yucheng Bai v. Ur M. Jaddou, et al. |
| 2:24-cv-05076-SPG-AGRx | Joshua Hatfield v. Los Angeles Police Department et al |
| 2:24-cv-06529-SPG-MARx | Edelyn Lagos v. Qatar Airways Q.C.S.C., et al. |
| 2:24-cv-08346-SPG-MARx | BASF Corporation v. F1 Collision Center, et al. |
| 2:24-cv-08392-SPG-JPRx | Miriam Nieto v. Amazon.com Services LLC |
| 2:24-cv-10320-SPG-ASx | IoT Innovations LLC v. Lutron Electronics Co., Inc. |
| 2:24-cv-11254-SPG-RAOx | Dejian Fang v. Alejandro Mayorkas, et al. |
| 2:25-cv-00855-SPG-AJRx | Avis Copelin v. Charles Schwab & Co, Inc. et al |
| 5:24-cv-02081-SPG-JDE | John V. Colen v. County of Riverside, et al. |
| 8:24-cv-00036-SPG-JDEx | Todd Allard et al v. KIA America, Inc., et al. |
| 8:24-cv-00119-SPG-DFMx | Jon Theurich v. Precision Global Consulting, Inc., et al. |

In the Matter of the
Creation of Calendar for
District Judge Serena R. Murillo                                                                                                2

On all documents subsequently filed in the case, the Judge initials "SRM" shall be substituted after the case number in place of the initials of the prior Judge.

DATED:  February 28, 2025                                          _____
                                                                                              Chief Judge Dolly M. Gee